**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM RICCARD,**

              **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　Case No.  6:97-cv-1390-Orl-31DAB

**PRUDENTIAL INSURANCE COMPANY**
**OF AMERICA,**

              **Defendant.**

## ORDER

The Plaintiff has made two filings (Doc. 237, 238) that appear to be related to a previously filed motion to set aside the judgment (Doc. 232). However, these filings lack case styles and other information explaining their intended use and appear to duplicate, at least in part, each other and earlier-filed affidavits (Doc. 234, 235). In addition, one of the affidavits has not been signed or notarized. (Doc. 238). Rather than have the Court try to guess which filings relate to which documents and which documents, if any are duplicative, the Court hereby **STRIKES** the motion to set aside the judgment (Doc. 232), the memorandum in support of that motion (Doc. 233), three affidavits of William Riccard (Doc. 234, 235, 238), and the "Appendix #1 to Riccard Affidavit" (Doc. 237). The Plaintiff may refile the motion, memorandum and accompanying exhibits but should insure the filings have appropriate case styles and, where appropriate, are accompanied by notices of filing identifying the documents to which they relate.

In addition, although the Plaintiff has withdrawn (Doc. 238) his motion for leave to file hard copies of attachments to affidavit (Doc. 236), the Court prefers to receive attachments in hard copy

form in this matter. The Plaintiff is therefore **ORDERED** to file any attachments to his motion to vacate, memorandum in support, or other documents in hard copy form.

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties