**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM RICCARD,**

                **Plaintiff,**

-vs-                                                          Case No.  6:97-cv-1390-Orl-31JGG

**PRUDENTIAL INSURANCE COMPANY OF AMERICA,**

                **Defendant.**

_____

## ORDER

This matter came before the Court *sua sponte*.  On October 5, 2005, the Court entered an order (Doc. 242) striking Riccard's motion to set aside the judgment (Doc. 232) because the motion and its supporting documents had been filed separately and without proper identification. The order permitted Riccard to refile the motion so long as the supporting documents were appropriately identified and in hard copy form. (Doc. 242 at 2).

On October 6, 2005, Riccard refiled the motion to vacate (Doc. 243), a memorandum in support (Doc. 244), a supporting affidavit (Doc. 246), and a notice of filing the affidavit (Doc. 245).  According to the docket entry accompanying the affidavit, Riccard filed the exhibits in support of the affidavit "in paper, with Court's permission," and provided courtesy copies to Chambers.  (Doc. 246).  In resolving the motion to vacate, the Court reviewed the exhibits, which are described in Riccard's affidavit.  However, it appears that despite the description in the docket

entry, those exhibits were never docketed.[1] Chambers personnel did not retain the courtesy copies reviewed in resolving the motion.

So that the record will be complete, Riccard will be permitted to refile the exhibits that originally accompanied the affidavit (Doc. 246), accompanied by a "Notice of Refiling Exhibits Originally Attached to Riccard Affidavit (Doc. 246)." The Clerk is directed to accept the filing and take any steps needed to insure that the exhibits are part of the record for purposes of appeal.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 27, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] On October 7, 2005, Riccard filed a "Motion for Clarification of the Record." (Doc. 248). The stated basis of the motion was "to ensure that the 'Attachments' filed as part of Riccard's Affidavit are part of the record in this case." (Doc. 248 at 1). The Court, assuming that the documents were already part of the record, denied the motion as moot. (Doc. 254).